IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANDERSON & STRUDWICK, INC., ) | |
| ) | |
| and ) | |
| ) | |
| ANDERSON & STRUDWICK ) | |
| INVESTMENT CORPORATION, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 3:11CV818–HEH |
| ) | |
| v. ) | |
| ) | |
| IBD-PLACEMENT & RECRUITING ) | |
| SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER
### (Granting in Part Plaintiffs' Motion for Default Judgment)

THIS MATTER is before the Court on Plaintiffs Anderson & Strudwick, Inc. and Anderson & Strudwick Investment Corporation's (together, "Plaintiffs") Motion for Default Judgment (Dk. No. 10), filed on April 16, 2012. For the reasons set forth in the accompanying Memorandum Opinion, Plaintiffs' Motion is GRANTED IN PART. Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, it is hereby ORDERED that default judgment is entered against Defendant IBD-Placement & Recruiting Services, LLC in the amount of $1,021,404. Plaintiffs are DIRECTED to file separately any request for the reimbursement of costs or fees, to the extent that they may be entitled to such relief.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: MAY 10 2012
Richmond, VA